MADUEGBUNA COOPER LLP
30 WALL STREET
8TH FLOOR
NEW YORK, NEW YORK 10005
TEL: (212) 232-0155
FAX: (212) 232-0156

June 23, 2020

> The initial conference in 20cv3754 and the Final Pretrial Conference in 15cv7217 are adjourned to July 22, 2020 at 2:00 p.m.
> SO ORDERED.
> Dated:  6/24/2020
>
> _____
> P. Kevin Castel
> United States District Judge

**VIA ELECTRONIC FILING (ECF)**
The Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re:   *Doran, et al. v. Office of Medicaid Inspector General, et al.*
       **Docket No.: 15-cv-7217 (PKC) (*Doran I*)**
       **Docket No.: 20-cv-3754 (PKC) (*Doran II*)**

Dear Judge Castel:

We represent the four plaintiffs in the above-captioned matters and write jointly with the Defendants to request a 30-day adjournment of the *Doran I* final pre-trial conference and *Doran II* initial pre-trial conference from the present date of June 29, 2020 at 12:00 PM to July 31, 2020, or another date convenient for the Court. The *Doran I* final conference was originally scheduled for March 20, 2020, was adjourned at Defendants' request until April 17, 2020 because of the pandemic (Dkt. #245),and adjourned to May 21, 2020 by the Court. (Dkt. # 246.) On May 13, 2020, at the parties' request, the Court adjourned the conference from May 21 to June 29, 2020. (Dkt. # 248.) On May 20, 2020, the Court set the initial conference in *Doran II* for June 29, 2020. (Dkt. # 22.)

The parties make this request given the current orders in the Southern District of New York prohibiting in-person appearances in non-emergency matters and the difficulty of arguing the pending motions *in limine* and *Daubert* motions and resolving other pre-trial issues by telephone. Second, in *Doran II* the Defendants have not been served due to office closures, although the complaint and summonses are out for service. The adjournment would ensure that Defendants have been served by the time of the *Doran II* initial conference.

We thank the Court in advance for its consideration of this request.

Respectfully Submitted,

/s/

Samuel O. Maduegbuna

**The Honorable P. Kevin Castel**
**June 23, 2020**
**Page Two**

_____

SOM/wwc

cc:    Todd Spiegelman, Esq. (*via* ECF)
        Erin McAlister, Esq.
        Seth Farber, Esq.

        *Attorneys for Defendants*